SCWC-14-0000472

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

GOLD COAST NEIGHBORHOOD ASSOCIATION,
Respondent/Plaintiff-Appellee,

vs.

STATE OF HAWAI‘I,
Petitioner/Defendant-Appellant.
(CIV. NO. 07-1-1122)

--------------------------------------------------------------------

STATE OF HAWAI‘I BY ITS ATTORNEY GENERAL,
Petitioner/Plaintiff-Appellant,

vs.

TROPIC SEAS, INC.; THE ASSOCIATION OF APARTMENT OWNERS
OF DIAMOND HEAD BEACH, INC.; OLIVIA CHEN LUM,
TRUSTEE OF THE OLIVIA CHEN LUM REVOCABLE LIVING TRUST;
CLARENCE KWON HOU LIM, TRUSTEE OF THE CLARENCE KWON HOU LUM
TRUST AND TRUSTEE UNDER THE WILL AND ESTATE OF CHOW SIN KUM LUM;
JEANNE S.J. CHAN AND HOWARD N. H. CHAN, TRUSTEES OF THE
JEANNE S.J. CHAN TRUST; DIAMOND HEAD AMBASSADOR HOTEL, LTD.;
DIAMOND HEAD APARTMENTS, LTD.; C S APARTMENTS, LTD.;
THE ASSOCIATION OF APARTMENT OWNERS OF
2987 KALAKAUA CONDOMINIUM; TAHITIENNE, INCORPORATED;
THE ASSOCIATION OF APARTMENT OWNERS OF 3003 KALAKAUA, INC.;
THE ASSOCIATION OF APARTMENT OWNERS OF 3019 KALAKAUA, INC.,
Respondents/Defendants-Appellees.
(CIV. NO. 10-1-0888)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000472; CIV. NOS. 07-1-1122 AND 10-1-0888)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner State of Hawaii's Application for Writ of Certiorari filed on October 6 2015, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, November 19, 2015.

William J. Wynhoff                    /s/ Mark E. Recktenwald
for petitioner
                                      /s/ Paula A. Nakayama
Robert G. Klein,
Randall K. Schmitt,                   /s/ Sabrina S. McKenna
Jordon J. Kimura and
Troy J.H. Andrade for                 /s/ Richard W. Pollack
respondents Tropic Seas,
Inc.; The AOAO of Diamond             /s/ Michael D. Wilson
Head Beach Inc.; Diamond
Head Apartments, Ltd.; C S
Apartments, Ltd.; The AOAO
of 2987 Kalakaua Condominium;
Tahitienne, Incorporated;
The AOAO of 3003 Kalakaua,
Inc.; The AOAO of 3019
Kalakaua, Inc.



2